852 A.2d 1083

IN THE MATTER OF ROLF C. SCHUETZ, JR., AN ATTORNEY AT LAW (ATTORNEY NO. 048811991).

July 19, 2004.

## CORRECTED ORDER

This matter having been duly presented to the Court pursuant to *R.* 1:20–10(b), following a motion for discipline by consent of **ROLF C. SCHUETZ, JR.**, of **CLIFTON**, who was admitted to the bar of this State in 1991, and the Office of Attorney Ethics and respondent having signed a stipulation of discipline by consent in which it was agreed that respondent violated *RPC* 1.1(a)(gross neglect), *RPC* 1.4(a)(failure to communicate with clients), *RPC* 1.15(b)(failure to promptly pay third parties), and *RPC* 1.15(d)(recordkeeping deficiencies);

And the parties having agreed that respondent's conduct violated *RPC* 1.1(a), *RPC* 1.4(a), *RPC* 1.15(b) and *RPC* 1.15(d), and that said conduct warrants a reprimand;

And the Disciplinary Review Board having determined that a reprimand is the appropriate discipline for respondent's ethics violations and having granted the motion for discipline by consent;

And the Disciplinary Review Board having submitted the record of the proceedings to the Clerk of the Supreme Court for the entry of an order of discipline in accordance with *R.* 1:20–16(e);

And good cause appearing;

It is ORDERED that **ROLF C. SCHUETZ, JR.**, is hereby reprimanded;  and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State;  and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs incurred in the prosecution of this matter.